**Order entered May 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01167-CV
### No. 05-14-01168-CV

### IN RE CRAIG WATKINS, Relator

**Original Proceeding from the 292nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F13-00257-VF13-54696-V,**

## ORDER
Before Justices Lang, Brown and Schenck[1]

In accordance with the opinion of the court of criminal appeals in *In re Tyrone Allen,*

Nos. WR-82,265-01 & WR 82,265-02 (Tex. Crim. App. May 13, 2015) (orig. proceeding), we

**VACATE** our order conditionally granting mandamus relief in this case. We **DIRECT** the

Clerk to provide a certified copy of this order to the court of criminal appeals.

/s/     DOUGLAS S. LANG
JUSTICE

---

[1] Justice Michael O'Neill, who was a member of the original panel and participated in the submission of this case, retired December 31, 2014. Justice David J. Schenck succeeded Justice O'Neill.